United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIA LUISA MIRELES-POULAT, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-cv-04373 |
| | § | |
| TRANSAMERICA LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2021, the Court referred all dispositive and non-dispositive pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A) and (B). *See* Dkt. 45. On March 2, 2022, Judge Edison filed a Memorandum and Recommendation, recommending that the Court: (1) grant Plaintiff/Third-Party Defendant Maria Luisa Mireles-Poulat's ("Mireles-Poulat") Motion for Summary Judgment (Dkt. 38); and (2) deny Third-Party Defendant/Cross-Plaintiff Ricardo Ibrahim-Hakim's ("Ibrahim-Hakim") Motion for Summary Judgment (Dkt. 55). *See* Dkt. 70.

After receiving an extension, Ibrahim-Hakim timely objected to Judge Edison's Memorandum and Recommendation on March 23, 2022. *See* Dkt. 77. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered Ibrahim-Hakim's Objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 70) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Maria Luisa Mireles-Poulat's Motion for Summary Judgment (Dkt. 38) is **GRANTED**; and

(3) Ricardo Ibrahim-Hakim's Motion for Summary Judgment (Dkt. 55) is **DENIED**.

It is so **ORDERED**.

SIGNED this 31st day of March 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE