United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA LUISA MIRELES-POULAT, | § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-cv-04373 |
| TRANSAMERICA LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2021, the Court referred all dispositive and non-dispositive pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A) and (B). *See* Dkt. 45. On April 20, 2022, Judge Edison filed a Memorandum and Recommendation, recommending that the Court grant Plaintiff Maria Luisa Mireles-Poulat's Motion for Summary Judgment (Dkt. 54). *See* Dkt. 80.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 80) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Maria Luisa Mireles-Poulat's Motion for Summary Judgment (Dkt. 54) is **GRANTED**.

It is so **ORDERED**.

SIGNED this 5th day of May 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE