United States District Court
Southern District of Texas
**ENTERED**
May 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA LUISA MIRELES-POULAT § | |
| *Plaintiff* § | |
| § | |
| § | CIVIL ACTION NO. 4:20-CV-04373 |
| V. § | |
| § | |
| TRANSAMERICA LIFE § | |
| INSURANCE COMPANY, § | |
| *Defendant* § | |

## FINAL JUDGMENT

On this day, because of the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation (Dkt. 78), entered on March 31, 2022, and the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation (Dkt. 82), entered on May 5, 2022, and because all issues and disputes among the parties have been finally disposed,[1] this Court renders judgment as set forth below.

It is ORDERED, ADJUDGED, and DECREED that Maria Mireles Poulat, Trustee of the Samy Ibrahim Life Insurance Trust is the sole beneficiary of the insurance proceeds from the Transamerica Life Insurance

---

[1] The Third-Party Defendant Ricardo Ibrahim-Hakim's Unopposed Fed. R. Civ. P. 21 Motion to Sever and Enter Final Judgment (Dkt. 81) has been withdrawn as moot.

Company issued to Samy Ibrahim Hakim in 2010, to the exclusion of Ricardo Ibrahim-Hakim.

It is further ORDERED, ADJUDGED and DECREED that AXA Seguros, S.A. de C.V. take nothing.

It is further ORDERED, ADJUDGED and DECREED that Maria Mireles, Trustee of the Samy Ibrahim Life Insurance Trust is entitled to the life insurance proceeds that were deposited in the registry of the Court in the amount of $2,994,177.50 plus accrued interest.

It is further ORDERED that all costs and fees are borne by the party incurring the same.

It is further ORDERED that all issues and disputes as among the parties, including Transamerica, Mireles-Poulat, Ricardo, and AXA with respect to the Policy and the proceeds under the Policy are hereby finally disposed of by this FINAL JUDGMENT.

The Court denies all relief not granted in this FINAL JUDGMENT.

This is a FINAL JUDGMENT and is appealable.

It is so **ORDERED**.

SIGNED this __16th__ day of May 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT COURT JUDGE

**APPROVED *AS TO FORM ONLY*,
RESERVING ALL RIGHTS OF APPEAL,
AND ENTRY REQUESTED:**

**HOOVER SLOVACEK LLP**

By:  */s/ Dylan B. Russell*
    Dylan B. Russell
    Texas Bar No. 24041839
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
713.977.8686
713.977.5395 (facsimile)
Email: russell@hooverslovacek.com

**CO-COUNSEL FOR THIRD-PARTY
DEFENDANT, RICARDO IBRAHIM-HAKIM**

*and*

**SAN MIGUEL ATTORNEYS, P.C.**

By:  */s/ Alan San Miguel*
    Alan Ray San Miguel
    State Bar No. 24072323
    Southern District Bar No. 1132614
    Grant McEwen
    State Bar No. 24062880
25211 Budde Road, Suite 110
The Woodlands, Texas 77380
713.795.5299
713.554.0611 (facsimile)
Email: service@sanmiguel.law

**LEAD COUNSEL FOR THIRD-PARTY
DEFENDANT, RICARDO IBRAHIM-HAKIM**

STEPTOE & JOHNSON PLLC

By: */s/ William C. Ferebee*
    William C. Ferebee
    State Bar No.: 06907500
    bill.ferebee@steptoe-johnson.com
    Catherine V. Funkhouser
    State Bar No. 24037307
    cate.funkhouser@steptoe-johnson.com
1780 Hughes Landing Boulevard
Suite 750
The Woodlands, Texas 77380
281.203.5700
281.203.5701 (facsimile)

**LEAD COUNSEL FOR MARIA MIRELES, TRUSEE OF THE SAMY IBRAHIM LIFE INSURANCE TRUST**